# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

CARNELL DESHUN JOHNSON                                         PETITIONER

v.                            NO. 2:05CV00343 SWW

LINDA SANDERS, Warden, FCI                                     RESPONDENT
Forrest City, Arkansas

## ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. No objections have been filed. After careful review, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The petition for writ of habeas corpus filed by petitioner Carnell Deshun Johnson is dismissed; all requested relief is denied. Judgment will be entered for respondent Linda Sanders.

IT IS SO ORDERED this 28th day of September, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE