# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

CARNELL DESHUN JOHNSON                                      PETITIONER

v.                       NO. 2:05CV00343 SWW

LINDA SANDERS, Warden, FCI                                  RESPONDENT
Forrest City, Arkansas

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Linda Sanders.

IT IS SO ORDERED this 28th day of September, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE